898

No. 441. WALLACE v. BRENNER, COMMISSIONER OF PATENTS. C. C. P. A. Certiorari denied. *Acting Solicitor General Spritzer* for respondent.

No. 448. FLEMMING v. ADAMS ET AL. C. A. 10th Cir. Certiorari denied. *Robert A. Schiff* for petitioner.

No. 450. LOGAN LANES, INC. v. BRUNSWICK CORP. C. A. 9th Cir. Certiorari denied. *Dennis McCarthy* for petitioner. *Robert L. Stern* and *Louis F. Racine, Jr.,* for respondent.

No. 93, Misc. CHAMLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *John J. Cleary* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 132, Misc. FORD v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 143, Misc. LEPISCOPO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 222, Misc. RAYMOND v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.